IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02177-REB-MJW

BRIAN SAUPE,

Plaintiff(s),

v.

HOME DEPOT, U.S.A., INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate Settlement Conference, (DN 31) filed with the Court on August 31, 2005, is GRANTED. The Scheduling Conference set on October 4, 2005, at 3:30 p.m., is VACATED and RESET on November 16, 2005, at 2:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

     ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date. The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail. Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office. Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

Date: September 1, 2005