IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04 CV 2177 REB-MJW

BRIAN SAUPE

   Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

   Defendant.

---

### ORDER RE UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
(Docket No. 48)

  THIS MATTER having come before the Court on Defendant HOME DEPOT U.S.A., Inc.'s Status Report and Unopposed Motion to Vacate Settlement Conference, and the Court being fully advised, hereby ORDERS that the November 16, 2005 Settlement Conference is vacated, to be reset after the criminal transcript has been received and reviewed and after deposition discovery has commenced, and for such other and further relief as this Court deems proper.

  Dated this 7Th day of November, 2005

          BY THE COURT:

          _____
             Judge
          MICHAEL J. WATANABE
          U.S. MAGISTRATE JUDGE

1