IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02177- REB-MJW

BRIAN SAUPE

       Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

       Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION VACATE AND RESET FINAL PRETRIAL CONFERENCE DATE**
( Docket no. 61 )

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Vacate and Reset Final Pretrial Conference, and the Court being fully advised hereby ORDERS that the May 3, 2006 Final Pretrial Conference is vacated and reset to set to June 20, 2006 at 10:30 a.m.

Dated this  2nd  day of March, 2006.

                                                        Judge

                                        MICHAEL J. WATANABE
                                        U.S. MAGISTRATE JUDGE