IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-02177-REB-MJW

BRIAN SAUPE,

     Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

     Defendant.

## ORDER

**Blackburn, J.**

The matter comes before the court on **Plaintiff's Unopposed Motion to Dismiss Plaintiff's Defamation Claim** [#74], filed July 5, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's defamation claim should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion to Dismiss Plaintiff's Defamation Claim** [#74], filed July 5, 2006, is **GRANTED**; and

2. That plaintiff's claim for defamation **IS DISMISSED WITH PREJUDICE**.

Dated July 7, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**