# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-02177-REB-MJW

BRIAN SAUPE,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## MINUTE ORDER[1]

    Plaintiff's Motion to Withdraw Request for Videoconference [#91], filed September 22, 2006, is GRANTED, and the Motion to Present Testimony of Ernesto Riegos by Videoconference [#86], filed September 20, 2006, is WITHDRAWN.

Dated: September 22, 2006

-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.